NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
Jonathan Gil (SBN: 347431)
jonathan@kazlg.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ATTORNEY(S) FOR: Plaintiff Jason Phillips

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PHILLIPS<br><br>Plaintiff(s),<br>v.<br>BETTER RISE CAPITAL, LLC,<br><br>Defendant(s) | CASE NUMBER:<br>2:26-cv-09403-ODW-CTS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Jason Phillips or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jason Phillips | Plaintiff |
| Better Rise Capital, LLC | Defendant |
| Kazerouni Law Group, APC | Counsel for Plaintiff |

September 17, 2026
Date

/s/ Ryan McBride
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Jason Phillips