Mario Iskander (SBN 327025)
ISKANDER LAW, APC
1111 N. Brand Blvd., Suite 308
Glendale, CA 91202
Telephone: (240) 439-1970
Email: mario@iskanderlaw.com

Attorneys for Defendant
BETTER RISE CAPITAL, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JASON PHILLIPS,

Plaintiff,

v.

BETTER RISE CAPITAL, LLC,

Defendant.

Case No. 2:26-cv-09403-ODW (CTSx)
Hon. Otis D. Wright, II

**CERTIFICATE OF COUNSEL RE: USE OF ARTIFICIAL INTELLIGENCE IN CONNECTION WITH MOTION TO DISMISS [ECF NO. 13]**

Date: December 21, 2026
Time: 1:30 p.m.
Ctrm: 5D

Complaint Filed: August 21, 2026
Trial Date: None set

# CERTIFICATE OF COUNSEL RE: ARTIFICIAL INELLIGTENCE

The undersigned certifies that the Memorandum of Points and Authorities in support of Defendant's Motion to Dismiss filed herein on November 16, 2026 [Dkt. No. 13] used generative artificial intelligence, specifically Opus 5.5 by Claude (Anthropic). In addition, Co-Counsel by Thompson Reuters was used to check the accuracy of the citations in the brief. I reviewed, revised, and supplemented all portions of the brief, including those that were informed by the use of Artificial Intelligence. I also independently verified the factual and legal accuracy of the content and confirmed that all arguments and authorities were appropriate to the issues presented.

Respectfully submitted,

ISKANDER LAW, APC

Dated: November 17, 2026

*/s/ Mario Iskander*
Mario Iskander
Attorneys for Defendant
BETTER RISE CAPITAL, LLC

PROOF OF SERVICE

I, Mario Iskander, declare that I am over the age of eighteen years and not a party to this action. My business address is 1111 N. Brand Blvd., Suite 308, Glendale, California 91202.

On November 17, 2026, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

**CERTIFICATE OF COUNSEL RE: USE OF ARTIFICIAL INTELLIGENCE IN CONNECTION WITH MOTION TO DISMISS [ECF NO. 13]**

The CM/ECF system sends a Notice of Electronic Filing to all counsel of record, which constitutes service under Fed. R. Civ. P. 5(b)(2)(E) and L.R. 5-3.2.1, on:

Ryan L. McBride, Esq. (ryan@kazlg.com)
Jonathan Gil, Esq. (jonathan@kazlg.com)
Kazerouni Law Group, APC, 2221
Camino del Rio South, Suite 101
San Diego, California 92108
*Attorneys for Plaintiff Jason Phillips.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 17, 2026, at Glendale, California.

*/s/ Mario Iskander*
Mario Iskander